IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| ENDURANCE AMERICAN INSURANCE COMPANY, | * * * |
| Plaintiff, | * * |
| vs. | * No. 4:14CV00040 SWW * |
| CUSTOM BLENDERS ARKANSAS, LLC, | * * |
| Defendant. | * |

**Order**

Upon motion of plaintiff to dismiss this action with prejudice, the parties having stipulated to the dismissal,

IT IS THEREFORE ORDERED that the motion [ECF No. 9] is granted, and the above cause of action is hereby dismissed with prejudice.

DATED this 25th day of September, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE